# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff<br><br>v.<br><br>ANALGEA CORPORATION; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 2:16-cv-06382-CAS-AFM<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant ANALGEA CORPORATION be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 2:16-cv-06382-CAS-AFM.

**IT IS SO ORDERED.**

Dated: January 5, 2018

_____
Honorable Judge Christina A. Snyder